James Mathew COOPER,
Plaintiff–Appellant,

v.

James FINLEY, Judge, Andra Sparks, Judge, Jack Wallace, Breudette Brown Green, Judge, Page Walley, et al., Defendants–Appellees.

No. 06–14920
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 20, 2007.

James Mathew Cooper, Birmingham, AL, pro se.

Billington Malone Garrett, Alabama Attorney General's Office, Jennifer Mims Bush, State of Alabama, Department of Human Resources, Montgomery, AL, for Defendants–Appellees.

Before DUBINA, BLACK and CARNES, Circuit Judges.

PER CURIAM:

James M. Cooper filed a 42 U.S.C. § 1983 action for damages and injunctive relief against the following individuals: Judge J. Gary Pate, Judge James Finley, Judge Andra Sparks, Judge Breudette Brown Green, Judge Sandra H. Storm, and Judge Elise Barclay, all of whom are either Jefferson County, Alabama Family Court judges or referees, or state appellate judges; Jack Wallace, an Assistant Attorney General for the State of Ala-

bama; Page Walley, the Commissioner of the Alabama Department of Human Resources when the complaint was filed; Oliver Gilmore, the former Director of the Administrative Office of the Courts for the State of Alabama; Roderick 'Graham, a private attorney who represented Ena Patricia Walker in a child support case in which Cooper was the opposing party; and Charles Cleveland, the former Commissioner of the Alabama Department of Human Resources.

Cooper appeals the granting of summary judgment as to some appellees, and the granting of motions to dismiss as to other appellees. With respect to all appellees, either the appellees are immune, Cooper has failed to allege sufficient facts to state a claim pursuant to § 1983, or the *Younger* doctrine applies. *See Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971). Thus, we affirm for the reasons stated in the magistrate judge's well-reasoned report and recommendation of July 21, 2006.

**AFFIRMED.**